```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                            13 CR 277 (RWS)

PHILANDER PHILLIPPEAUX,

               Defendant.

------------------------------x
                                        New York, N.Y.
                                        April 17, 2015
                                        11:10 a.m.

Before:

               HON. ROBERT W. SWEET,

                                        District Judge

                      APPEARANCES

PREET BHARARA,
     United States Attorney for the
     Southern District of New York
KATHERINE REILLY
     Assistant United States Attorney

JOYCE LONDON
CHRISTOPHER MADIOU
     Attorneys for Defendant
```

F4HKPHIC

1              THE DEPUTY CLERK:  United States of America versus
2     Philander Phillipeaux.  Government, are you ready?
3              MS. REILLY:  Good morning, your Honor.  Katherine
4     Reilly, for the government.
5              THE COURT:  Yes.
6              THE DEPUTY CLERK:  Defendant, are you ready?
7              MS. LONDON:  Yes.  Joyce London and Christopher
8     Madiou, for Philander Phillippeaux.  Good morning, your Honor.
9              MR. MADIOU:  Good morning.
10             THE COURT:  Good morning.
11             Thank you, all, for being so kind as to join me.  Let
12    me tell you why.  I understand the problems that you had,
13    Ms. London.  If we set this for September 14, I think we're all
14    right.  Are we not?
15             MS. LONDON:  Well, let me say, yes, I believe we are,
16    with the caveat that October 7th is the date that -- I'm sorry,
17    October 5th is a date where I am committed to be in Judge
18    Torres' courtroom.
19             THE COURT:  In?
20             MS. LONDON:  In the courtroom of Judge Torres, in the
21    Weisberg matter.
22             THE COURT:  Oh, okay.  But I think, if need be, we can
23    do heroic efforts, et cetera, et cetera; if we have to speed it
24    up we can.
25             MS. LONDON:  As long as the -- perhaps the government

1  could put on the record that they think the trial would be over
2  within the two weeks?
3              MS. REILLY:  Your Honor, I think two weeks is the
4  appropriate estimate.  It may be a few days less than that, but
5  I think two weeks is a safe bet.
6              THE COURT:  Okay.
7              And if there is any problem with that schedule, we
8  will work it out; that is to say, we'll stay until midnight or
9  1:00 or 2:00 in the morning or whatever we have to do.  Okay --
10             MS. LONDON:  Just one question, though, your Honor?
11             THE COURT:  Yes.
12             MS. LONDON:  Your Honor was saying which date?
13             THE COURT:  Let me just take a look at the calendar,
14 just to be sure.
15             September 14, Monday.
16             MS. LONDON:  Your Honor, I'm looking ahead to the
17 amount of paperwork that we're going to be receiving in the
18 other case.  Could we perhaps either advance the trial or
19 perhaps pick the jury the week before?
20             THE COURT:  Regrettably, no.
21             MS. LONDON:  Okay.  That's a clear answer.
22             THE COURT:  Okay.  The 14th it is.
23             Anything else?
24             MS. REILLY:  Your Honor, I believe, in conjunction
25 with the earlier adjournment of the trial date, that the Court

F4HKPHIC

1   has already excluded time to the 28th.
2             THE COURT:  Oh, yes, yes, yes, and I shall do that
3   now.  Let's do this:  Jury charges, in limine motions to be
4   submitted on the preceding Wednesday, which is the 9th,
5   September 9, and voir dire requests and anything else you want.
6             All right?
7             MS. LONDON:  Yes.  Thank you, your Honor.
8             MS. REILLY:  Yes, thank you, your Honor.
9             THE COURT:  Good.  Thank you all very much.  It helps
10  me, maybe it helps you, the cause of justice, the world is a
11  better place, who knows?  Thank you.
12            MS. LONDON:  Thank you, Judge, yes.
13            (Adjourned)