## JOYCE C. LONDON, P.C.
ATTORNEY AT LAW
59 MAIDEN LANE, 6TH FLOOR
NEW YORK, NY 10038

Tel: 212 964-3700                                                                                    Fax: 212 566-7501
Email: jlondonlaw@aol.com

July 12, 2015

**By ECF**
Honorable Robert W. Sweet
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Philander Philippeaux,**
13 Cr 277 (RWS)

Dear Judge Sweet:

    This letter is to provide the Court with follow-up with respect to Mr. Philippeaux' letter/motion to the Court dated June 7, 2015 in which Mr. Philippeaux raised, *inter alia*, a speedy trial complaint.

    I have discussed the speedy trial issue and his options in this matter with Mr. Philippeaux. In that regard, he has informed me that he wishes to proceed to trial on September 14, 2015 as scheduled.

Very truly yours,

/s/

Joyce C. London

cc.:   AUSA's Katherine Reilly, Rahul Mukhi and Sidharda Kamaraju (By ECF)
       Mr. Philander Philippeaux (By First Class Mail)