UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/23/2020

PHILANDER PHILIPPEAUX,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

18-cv-5974 (RA)
13-cr-277 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 16, 2020, the Court denied several motions pending in Mr. Philippeaux's habeas case (No. 18-cv-5974) and his underlying criminal case (No. 13-cr-277). *See* Dkt. 66 (No. 18-cv-5974); Dkt. 159 (No. 13-cr-277). Mr. Philippeaux has now moved to alter or amend the Court's prior order. *See* Dkt. 67 (No. 18-cv-5974); Dkt. 160 (No. 13-cr-277). These motions lack merit and are denied.

The Clerk of Court is respectfully directed to terminate the motion in No. 13-cr-277 pending at Dkt. 160 and the motion in No. 18-cv-5974 pending at Dkt. 67. The Clerk of Court is further directed to mail a copy of this order to Mr. Philippeaux.

SO ORDERED.

Dated:   February 23, 2021
         New York, New York

Ronnie Abrams
United States District Judge